In Re: Whitten v. Internal Revenue Service
Case No. 08–31723–sgj7 –7
Adv. No. 08–03170–sgj

## SUMMONS SERVICE EXECUTED

I, Megan Wilson

of** Jajce Lindauer, Attorney at Law

certify:

That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the 30th day of June, 2008 I served a copy of the within summons, together with the complaint filed in this proceeding, on

United States of America, Department of Treasury, Internal Revenue Service

the defendant in this proceeding, by {describe here the mode of service}
U.S. mail, certified, return receipt requested

the said defendant at
IRS
1100 Commerce street, Code 50200AL
Room 988
Dallas, TX 75242

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 6/30/08 _____
(Date)                           (Signature)

** 8140 Walnut Hill Lane, Suite 301, Dallas, TX 75231
State mailing address

In Re: Whitten v. Internal Revenue Service
Case No. 08-31723-sgj7 -7
Adv. No. 08-03170-sgj

## SUMMONS SERVICE EXECUTED

I, Megan Wilson

of** Jalie Lindauer, Attorney at Law

certify:

That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the 30th day of June, 2008 I served a copy of the within summons, together with the complaint filed in this proceeding, on

United States of America, Department of Treasury, Internal Revenue Service

the defendant in this proceeding, by *{describe here the mode of service}*

U.S. Mail, Certified, return reciept requested

the said defendant at

The District Counsel for the Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, TX 78701

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  6/30/08                                    _____
            *(Date)*                                        *(Signature)*

** 8140 Walnut Hill Lane, Suite 301, Dallas, TX 75231
*State mailing address*

In Re: Whitten v. Internal Revenue Service
Case No. 08–31723–sgj7 –7
Adv. No. 08–03170–sgj

## SUMMONS SERVICE EXECUTED

I, Megan Wilson

of** Joyce Lindauer, Attorney at Law

certify:

That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the 30th day of June, 2008 I served a copy of the within summons, together with the complaint filed in this proceeding, on

United States of America, Department of Treasury, Internal Revenue Service

the defendant in this proceeding, by {describe here the mode of service}

U.S. mail, certified, return receipt requested

the said defendant at

Attorney General of the United States
Tax Division, Department of Justice
Tenth & Constitution Avenue, N.W., Room 4400
Washington D.C. 20530

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 6/30/08
(Date)

_____
(Signature)

** 8140 Walnut Hill Lane, Suite 301, Dallas, TX 75231
State mailing address

In Re: Whitten v. Internal Revenue Service
Case No. 08–31723–sgj7 –7
Adv. No. 08–03170–sgj

## SUMMONS SERVICE EXECUTED

I, _Megan Wilson_

of** _Jayce Lindauer, Attorney at Law_

certify:

That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the _30th_ day of _June_ , _2008_ I served a copy of the within summons, together with the complaint filed in this proceeding, on

United States of America, Department of Treasury, Internal Revenue Service

the defendant in this proceeding, by _{describe here the mode of service}_

U.S. mail, certified, return receipt requested

the said defendant at

Secretary of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _6/30/08_ _____
_(Date)_ _(Signature)_

** _8140 Walnut Hill Lane, Suite 301, Dallas, TX 75231_
_State mailing address_

In Re: Whitten v. Internal Revenue Service
Case No. 08–31723–sgj7 –7
Adv. No. 08–03170–sgj

## SUMMONS SERVICE EXECUTED

I, _Megan Wilson_

of** _Joyce Lindauer, Attorney at Law_

certify:

That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the _30th_ day of _June_ , _2008_ I served a copy of the within summons, together with the complaint filed in this proceeding, on

_United States of America, Department of Treasury, Internal Revenue Service_

the defendant in this proceeding, by {describe here the mode of service}

_U.S. mail, certified, return receipt requested_

the said defendant at

_United States Attorney's Office_
_1100 Commerce Street, Room 16628_
_Dallas TX 75242_

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _6/30/08_  _____
_(Date)_                   _(Signature)_

** _8140 Walnut Hill Lane, Suite 301, Dallas, TX 75231_
_State mailing address_