Natasha V. Chevalier
Special Assistant United States Attorney
State Bar of Texas No. 24007512
4050 Alpha Road, 13th Floor
Dallas, Texas 75244-4203
Telephone: 972.308.7900
Fax: 972.308.7970
Attorney for the United States
(Internal Revenue Service)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In Re:** | § | **CASE NO. 07-32340-BJH** |
| | § § | |
| **KENNETH WHITTEN** | § § § | **CHAPTER 7** |
| Debtor. | § | |

| | | |
|---|---|---|
| **KENNETH WHITTEN,** | § § | |
| Plaintiff, | § § | **ADVERSARY NO. 08-31770** |
| v. | § § | |
| **UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE,** | § § § § § | |
| Defendant. | § | |

## ANSWER

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW the United States of America, on behalf of its agency, the Internal Revenue Service (IRS), and responding to the Plaintiff's Complaint to Determine

Dischargeability of Tax and Allowed Amount of Secured Claim, admits and denies as follows:

1. Admits.
2. Admits.
3. Admits.
4. Admits.
5. Admits.
6. Admits that the tax assessments for years prior to 2005, but not including 2005, are dischargeable.
7. Admits.
8. Admits.

**WHEREFORE,** the United States of America, on behalf of its agency, the IRS, respectfully requests that Plaintiff's tax liabilities for the taxable years 1999, 2000, 2001,

2002, and 2003 be found dischargeable, and for such other and further relief as this Court

may deem just and proper.

                                        Respectfully submitted,

                                        RICHARD B. ROPER, III
                                        United States Attorney

Date:  July 31, 2008                By: /s/ Natasha V. Chevalier
                                        Natasha V. Chevalier
                                        Special Assistant
                                        United States Attorney
                                        State Bar No. 24007512
                                        4050 Alpha Road, 13th Floor
                                        Mail Code 2000NWSAT
                                        Dallas, Texas 75244-4203
                                        Telephone: 972.308.7900
                                        FAX No: 972.308.7970

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **ANSWER** has been made on July 31, 2008, either electronically or by mailing a copy in a first class, postage paid, properly addressed envelope to:

>Joyce W. Lindauer
>Attorney at Law
>8140 Walnut Hill Lane
>Suite 301
>Dallas, Texas 75231
>
>Office of the Standing Chapter 13 Trustee
>125 E. John Carpenter Freeway, Suite 1100
>Irving, Texas 75062

Date: July 31, 2008                              /s/ Natasha V. Chevalier
                                                 NATASHA V. CHEVALIER
                                                 Special Assistant U.S. Attorney