U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET





**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**Signed August 13, 2008**                                    **United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 08-03123-SGJ** |
| | * | |
| **KENNETH WHITTEN,** | * | |
| | * | |
| **DEBTOR.** | * | **CHAPTER 7** |

_____

| | | |
|---|---|---|
| **KENNETH WHITTEN,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **ADVERSARY NO. 08-3170** |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| **Debtor/Defendant.** | * | |

### AGREED FINAL JUDGMENT

Defendant United States of America (Internal Revenue Service) and Plaintiff Ken Whitten

announced to the Court the resolution of the referenced adversary through the entry of this agreed

judgment. Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that the Debtor's  federal income (1040) tax liability for tax years prior to 2005 are discharged under 11 U.S.C. § 523(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties to this adversary proceeding will bear their own litigation costs, including attorney's fees.

**AGREED AS TO SUBSTANCE, FORM AND ENTRY:**

**/s/__*Joyce W. Lindauer*_____**
**JOYCE W. LINDAUER, ATTORNEY FOR**
**KEN WHITTEN**
**PLAINTIFF**

**/s/___*Natasha Chevalier*_____**
**NATASHA CHEVALIER, ATTORNEY FOR**
**UNITED STATES (INTERNAL REVENUE SERVICE)**

###END OF ODRER###